UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERROL FALCON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-14271** |
| **JAMES LEBLANC, ET AL.** | **SECTION: "I"(3)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Errol Falcon, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the defendants' motion to dismiss, Rec. Doc. 13, is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's official-capacity claims for monetary damages, if any, are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**IT IS FURTHER ORDERED** that plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief can be granted.

New Orleans, Louisiana, this 30th day of April, 2020.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**